NUMBER 13-08-096-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI- EDINBURG


______________________________________________________________


IN RE: GILBERTO RODRIGUEZ

_____________________________________________________________


On Petition for Writ of Mandamus

_____________________________________________________________




MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam



 On February 27, 2008, relator, Gilberto Rodriguez, filed a petition for writ of
mandamus, in which he requested this Court to direct the Respondent, the Honorable
Nelva Gonzales Ramos, presiding judge of the 347th Judicial District Court of Nueces
County, Texas, to order the court reporter to make available for purchase a transcript of
his sentencing hearing in trial court cause number 02-CR-2531-H, styled State of Texas
v. Gilberto Rodriguez. 

 This Court requested a response, and on March 25, 2008, the State, acting through
the office of the Nueces County District Attorney, filed a Supplemental Response. 
Attached to the State's response are copies of the pertinent portion of the reporter's record
in trial court number 02-CR-2531-H. The certificate reflects that a copy of the State's
Supplemental Response was mailed to the relator. 

 In his petition for writ of mandamus, relator complains that the Respondent orally
pronounced a sentence of seven years in cause number 02-CR-2531-H, but that the
written judgment reflects a sentence of eight years. We have reviewed the pertinent
portion of the reporter's record, which reflects that the trial court orally pronounced a
sentence of eight years in cause number 02-CR-2531-H.

 Because the State's Supplemental Response both affords relator the relief that he
sought, and establishes that his claim is without merit, we deny relator's petition for writ of
mandamus.

 Per Curiam


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 27th day of March, 2008.